ALBANY PUBLIC MARKET, INC., Respondent, v. J. M. STEINHARDT, INC., Appellant.—

Judgment unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.